1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| JAMES SANFORD, | Case No. 2:05-CV-01908-WBS-PAN |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO EXTEND TIME TO RESPOND AND ORDER THEREON** |
| BIG LOTS STORES, INC. dba BIG LOTS #1896; EGE, LLC. | |
| Defendants. | |

Plaintiff, JAMES SANFORD, and Defendant, EGE, LLC, stipulates and agrees that Defendant EGE, LLC shall have up to and including November 7, 2005, in which to file an answer or otherwise respond to the complaint herein.

//
//
//
//
//
//
//
//
//////

An extension of time is appropriate in order to give the parties additional time to review and respond to the complaint.

SO STIPULATED.

LAW OFFICES OF LYNN HUBBARD

DATED: 10/26/05        /s/_____
Lynn Hubbard, III, Attorney for Plaintiff JAMES SANFORD

OFFICES OF LYNN HUBBARD

DATED: 10/26/05        /s/_____
CRAIG D. McMAHON, Attorney for Defendant EGE, LLC

## ORDER ON STIPULATION

The parties having so stipulated, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant EGE, LLC shall have up to and including November 7, 2005, within which to respond to the complaint on file herein.

DATED:    October 27, 2005

_William B. Shubb_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE