**FILED**

NOV 14 2005

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>  Plaintiff,<br><br>  v.<br><br>BIG LOTS STORES, INC. dba BIG LOTS #1896; EGE, LLC.<br><br>  Defendants. | Case No. 2:05-CV-01908-WBS-PAN<br><br>**STIPULATION TO FURTHER EXTEND TIME TO RESPOND AND ORDER THEREON** |

Plaintiff, JAMES SANFORD, and Defendant, EGE, LLC, further stipulate and agree that Defendant EGE, LLC shall have up to and including November 15, 2005, in which to file an answer or otherwise respond to the complaint herein.

//
//
//
//
//
//
//
//
//////

-1-

2:05-CV-01908-WBS-PAN

STIPULATION TO FURTHER EXTEND TIME TO RESPOND AND ORDER THEREON

An extension of time is appropriate in order to give the parties additional time to review and respond to the complaint.

SO STIPULATED.

LAW OFFICES OF LYNN HUBBARD

DATED: 11/07/05

/s/_____
Lynn Hubbard, III, Attorney for Plaintiff JAMES SANFORD

KIMBALL, TIREY & ST. JOHN

DATED: 11/07/05

/s/_____
CRAIG D. McMAHON, Attorney for Defendant EGE, LLC

## ORDER ON STIPULATION

The parties having so stipulated, and good cause appearing therefore,

IT IS HEREBY ORDERED that Defendant EGE, LLC shall have up to and including November 15, 2005, within which to respond to the complaint on file herein.

DATED: 11/8/2005

_____
UNITED STATES DISTRICT JUDGE